JOHN S. LEONARDO
United States Attorney
District of Arizona
JOHN P. FUCETOLA
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: john.fucetola@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Hugo A. Manzano,<br><br>                    Defendant. | 15-00603M<br><br>NOTICE OF INTENT<br>TO DESTROY CONTRABAND |

     The United States, by and through counsel undersigned, and by authority of the United States Attorney General pursuant to 21 U.S.C. §881(f)(2) and 28 CFR 50.21, hereby provides notice that the contraband seized in the above complaint, information or indictment filed in this matter, will be destroyed after sixty (60) days from the date of seizure stated in the Complaint, that is sixty days from **November 19, 2015**.

     If the defense desires to reweigh, retest or analyze the contraband prior to its destruction, the defense shall file a motion with the court sufficiently in advance of the scheduled destruction date to obtain a timely order thereon, and in no event later than two weeks prior to the scheduled destruction date. The motion shall set forth the basis for which an extended retention is sought and providing a reasonable time frame to accomplish same. Should the defense file a motion for extended retention, the government respectfully request a prompt hearing on the merits of this request. The defense will also make arrangements directly with the assigned Assistant United States

Attorney to make arrangements for the reweigh, testing, examination, etc. Failure of the defense to file a motion in compliance with the terms above indicating a need for preservation of the contraband beyond the mandated sixty (60) days will be deemed as consent by the defendant to the destruction of the contraband in excess of the representative sample maintained for use at trial.

Excludable delay under 18 U.S.C. §3161(h) may occur as a result of this notice or an order based thereon.

Respectfully submitted this 25th day of November, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/John P. Fucetola*

JOHN P. FUCETOLA
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 25th day of November, 2015, to:

Elias Damianakos, Esq.
Attorney for defendant