IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Hugo Alejandro Manzano,<br><br>　　　　　　Defendant. | Case No. 15-00603MJ(JR)<br><br>**ORDER** |

    Upon review of the United States' Motion to Dismiss Complaint without prejudice against Defendant Hugo Alejandro Manzano, the Court finds that the ends of justice are served by granting the United States' request.

    **IT IS HEREBY ORDERED** that the Complaint as to Defendant Hugo Alejandro Manzano is **DISMISSED** without prejudice.

    Dated this 8th day of December, 2015.

_____
Jacqueline M. Rateau
United States Magistrate Judge